UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 09-195 |
| OLIVER CHUKWUMA, | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Seth B. Kosto, Assistant U.S. Attorney), and defendant Oliver Chukwuma (by Paul Casteleiro, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant desires additional time to review the discovery made available by the United States pursuant to Fed. R. Crim. P. 16(a);

2. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

3. Defendant has consented to the aforementioned continuance;

4. No previous continuances have entered since the Indictment of this matter on or about March 20, 2009; and

5. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this  9th  day of April, 2009.

IT IS ORDERED that defense motions shall be filed by May 22, 2009, the government's reply shall by filed by June 5, 2009, the defense surreply, if any, shall be filed by June 12, 2009, the argument of the motions, if any, will occur at a date and time to be determined by the Court, and the trial is scheduled for September 14, 2009; and

IT IS FURTHER ORDERED that the period between the date of this order and September 24, 2009 be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. FAITH S. HOCHBERG
United States District Judge

CONSENTED AND AGREED TO:

SETH B. KOSTO
Assistant United States Attorney

PAUL CASTELEIRO, ESQ.
Counsel to defendant CHUKWUMA