UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Faith S. Hochberg

v.    :    Crim. No. 09-195

OLIVER CHUKWUMA,    :    CONTINUANCE ORDER

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Seth B. Kosto, Assistant U.S. Attorney), and defendant Oliver Chukwuma (by Paul Casteleiro, Esq.) for an order granting a two-week adjustment in the pre-trial motions schedule, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant desires additional time to obtain and review the discovery made available for inspection and copying by the United States pursuant to Fed. R. Crim. P. 16(a);

2. The United States has consented to defendant's requested adjustment to the motions schedule; and

3. No previous adjustments to the motion schedule have been made.

WHEREFORE, on this 26th day of May, 2009.

IT IS ORDERED that defense motions shall be filed by June 5, 2009, the government's reply shall by filed by June 19, 2009, the defense surreply, if any, shall be filed by June 26, 2009, the argument of the motions, if any, will occur at a date

and time to be determined by the Court, and the trial is scheduled for September 14, 2009.

_____
HON. FAITH S. HOCHBERG
United States District Judge

CONSENTED AND AGREED TO:

_____
SETH B. KOSTO
Assistant United States Attorney

_____
PAUL CASTELEIRO, ESQ.
Counsel to defendant CHUKWUMA