<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, : | |
| : | Hon. Faith S. Hochberg |
| Plaintiff, : | |
| : | Criminal No. 09-195 (FSH) |
| v. : | |
| : | **<u>ORDER</u>** |
| OLIVER CHUKWUMA, : | |
| : | Date: January 21, 2010 |
| Defendant. : | |

This matter comes before the Court upon Defendant Oliver Chukwuma's motion for a new trial; and it appearing that in support of his motion, Defendant argues that the Government inappropriately commented on his failure to testify in violation of the Fifth Amendment; and the Court having reviewed the parties' submissions, but requiring additional case law on Defendant's argument;

**IT IS** on this 21st day of January 2010,

**ORDERED** that by <u>**January 29, 2010**</u>, the parties shall canvass the case law and provide the Court with citations to, and brief analyses of, cases that have found a prosecutor's unconstitutional remarks regarding the accused's failure to testify to be harmless error beyond a reasonable doubt, and those that have found such remarks to not be harmless.

                                                                               /s/ **Faith S. Hochberg**
                                                                               Hon. Faith S. Hochberg, U.S.D.J.